# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| V. | **CASE NUMBER** |
| **TARAMESHA FOUNTAIN, DEFENDANT.** | **2:06-CR-00147-WKW** |

## NOTICE OF ACCEPTANCE OF APPOINTMENT

**COMES NOW,** Daniel G. Hamm, and hereby gives notice of acceptance as appointed counsel for the Defendant.

**RESPECTFULLY SUBMITTED** this the 21st day of June, 2006.

          **/s/ Daniel G. Hamm**

DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE   334-269-0269
FAX         334-323-5666

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this Notice of Acceptance of Appointment by electronic transmission or by placing a copy in the United States Mail with sufficient postage for first class delivery to the attorney named below or parties if not represented by counsel.

**DONE** this the 21st day of June, 2006.

/s/ Daniel G. Hamm

DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE   334-269-0269
FAX         334-323-5666

Terry F. Moorer
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197