**COURTROOM DEPUTY'S MINUTES**                    **MIDDLE DISTRICT OF ALABAMA**

-------------------------------------------------------------------------------------------------------

√**INITIAL APPEARANCE**                          **DATE: June 21, 2006**
❒ **BOND HEARING**
❒ **DETENTION HEARING**                          **Digital Recording 2:25 - 2:35**
❒ **PRELIMINARY (EXAMINATION)(HEARING)**
❒ **REMOVAL HEARING (R.40)**
√**ARRAIGNMENT**

-------------------------------------------------------------------------------------------------------

**PRESIDING MAG. JUDGE: Susan Russ Walker      DEPUTY CLERK: Joyce Taylor**

**CASE NO.  2:06cr147-WKW              DEFENDANT NAME: Taramesha Fountain**

**AUSA: Terry Moorer                   DEFT. ATTY: Dan Hamm**

**Type Counsel: ( )Retained; (√ ) CJA; ( ) Waived; ( ) FPD**

**USPO/USPTS: Tamara Martin**

**Interpreter needed: (  √  ) NO; (    )YES   Name:**

---

| | |
|---|---|
| √ | **Date of Arrest June 21, 2006 or** ❒ **Arrest Rule 40** |
| √ | **Deft First Appearance. Advised of rights/charges.** ❒ **Prob/Sup Rel Violator** |
| √ | **Financial Affidavit executed. ORAL MOTION for appointment of Counsel.** |
| √ | **ORAL ORDER appointing CJA Panel Attorney Dan Hamm  - Notice of Appearance to be filed** |
| ❒ | **Panel Attorney Appointed;** ❒ **to be appointed - prepare voucher** |
| ❒ | **Deft. Advises he will retain counsel.  Has retained _____** |
| ❒ | ❒ **Government's ORAL  Motion for Detention Hrg.** ❒ **to be followed by written motion;** ❒ **Government's WRITTEN Motion for Detention Hrg. filed** |
| ❒ | **Detention Hearing** ❒ **held;** ❒**set for** |
| ❒ | **ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered** |
| ❒ | **ORDER OF DETENTION HEARING PENDING TRIAL to be entered** |
| √ | **Release order entered.  Deft advised of conditions of release** |
| √ | √ **BOND EXECUTED (M/D AL charges) $25,000.00.   Deft released** |
| | ❒ **BOND EXECUTED (R. 40) - deft to report to originating district as ordered** |
| ❒ | **Bond not executed.  Defendant to remain in Marshal's custody** |
| ❒ | **Deft. ORDERED REMOVED to originating district** |
| ❒ | **Waiver of** ❒ **preliminary hearing;** ❒ **Waiver Rule 40 hearing** |
| ❒ | **Court finds PROBABLE CAUSE.  Defendant bound over to the Grand Jury** |
| √ | **ARRAIGNMENT** √**HELD. Plea of NOT GUILTY entered.** ❒**Set for** |
| | **DISCOVERY DISCLOSURE DATE:   June 22, 2006** |
| √ | **CRIMINAL TERM: October 16, 2006 - The court found that the ends of justice served by setting this case on this trial term outweigh the best interest of the public and the defendant in a  speedy trial.** |
| ❒ | **NOTICE to retained Criminal Defense Attorney handed to counsel** |