# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>TARAMESHA FOUNTAIN, DEFENDANT | CASE NUMBER<br><br>2:06-CR-147-WKW |

## MOTION FOR TRANSCRIPT

**COMES NOW** the defendant, Taramesha Fountain, by and through the undersigned**,** Daniel G. Hamm, and hereby moves this Honorable Court for an Order providing her the Transcript of the September 29, 2006, Motion to Suppress filed by co-defendant, Louis Hernandez-Arellano, by stating the following:

1. The Defendant is indigent and has been charged with Conspiracy to Possess with Intent to Distribute Schedule I Controlled Substances in violation of Title 21 USC §§ 841(a)(1) and 846, Aid and Abet with Intent to Possess and Distribute Schedule I Controlled Substances in violation of Title 18, USC § 2 and Title 21 USC § 841(a)(1) and Possession of Firearms in violation of Title 18 USC § 924(c)(1).

2. Defendant believes that testimony from witnesses at the suppression hearing will be necessary in order to properly prepare for the Defendant's defense and/or trial The transcript will also be used for impeachment should that be necessary.

**WHEREFORE, THE PREMISES CONSIDERED**, the Defendant moves this Honorable Court for an Order providing her with a copy of the Transcript of the September 29, 2006 Suppression Hearing at no cost to the Defendant.

**RESPECTFULLY SUBMITTED** this the 2nd day of October, 2006.

/s/ Daniel G. Hamm
_____
DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX          334-323-5666

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this Motion for Transcript by electronic transmission or by placing a copy in the United States Mail with sufficient postage for first class delivery to the attorney named below or parties if not represented by counsel.

**DONE** this the 2nd day of October, 2006.

/s/ Daniel G. Hamm
_____
DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE., A.
MONTGOMERY, ALABAMA 36104
TELEPHONE   334-269-0269
FAX              334-323-5666

Mr. Terry Moorer
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197