IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA     )
     )
     v.     )     CR. NO. 2:06cr147-WKW
     )
TARAMESHA FOUNTAIN     )

## ORDER

Upon consideration of defendant's motion for transcript of co-defendant Louis Hernandez-Arellano's suppression hearing (Doc. # 80), filed October 2, 2006, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. It is ORDERED that a transcript be prepared of the suppression hearing held in the matter of co-defendant Louis Hernandez-Arellano which commenced on August 29, 2006.  When the transcript is prepared, the Clerk of the Court is DIRECTED to provide a copy of the transcript to the attorney for defendant Taramesha Fountain.

DONE, this 2nd day of October, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE