IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.   2:06-cr-147-WKW-SRW |
| | ) | |
| TARAMESHA FOUNTAIN | ) | |

<u>MOTION FOR LEAVE TO DISMISS INDICTMENT WITHOUT PREJUDICE</u>

Comes now the United States of America by and through its Attorney for the Middle District of Alabama and moves the Court for leave to dismiss without prejudice the Indictment as to **Taramesha Fountain only**, heretofore filed in the above styled cause, on the following grounds, to wit:

IN THE INTEREST OF JUSTICE.

Respectfully submitted this the 10th day of October, 2006.

LEURA G. CANARY
UNITED STATES ATTORNEY

s/Terry F. Moorer
TERRY F. MOORER
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: terry.moorer@usdoj.gov
ASB-1176-O73T

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.   2:06-cr-147-WKW-SRW |
| | ) | |
| TARAMESHA FOUNTAIN | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Daniel G. Hamm, Esquire.

                Respectfully submitted,

                s/Terry F. Moorer
                TERRY F. MOORER
                Assistant United States Attorney
                One Court Square, Suite 201
                Montgomery, AL 36104
                Phone: (334)223-7280
                Fax: (334)223-7135
                E-mail: terry.moorer@usdoj.gov
                ASB-1176-O73T