IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  2:06-cr-147-WKW-SRW |
| | ) | |
| TARAMESHA FOUNTAIN | ) | |

O R D E R

    Upon consideration of the Motion for Leave to Dismiss Indictment Without Prejudice, heretofore filed in the above styled cause, as to **Tarameshia Fountain only**, and for good cause shown, IN THE INTEREST OF JUSTICE, the Court is of the opinion that the motion should be and the same hereby is granted.  It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby granted.

    DONE this _____ day of October, 2006.

                                                                                   UNITED STATES DISTRICT JUDGE