IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-147-WKW |
| | ) | |
| TARAMESHA FOUNTAIN | ) | |

**O R D E R**

Upon consideration of the Motion for Leave to Dismiss Indictment Without Prejudice filed on October 10, 2006 (Doc. # 108), it is hereby

ORDERED that the motion is GRANTED.

DONE this 11th day of October, 2006.

                                        /s/ W. Keith Watkins
                                  UNITED STATES DISTRICT JUDGE