IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| TAVARES MABSON ) | CR. NO. 2:06-cr-147-WKW-SRW |
| RICARDO CAJERO, ) | |
| LOUIS HERNANDEZ-ARELLANO and ) | |
| TARAMESHA FOUNTAIN ) | |

## UNITED STATES' MOTION TO SUBSTITUTE COUNSEL

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves this Court to substitute Assistant United States Attorney A. Clark Morris as counsel of record for the United States of America in this matter in place of former Assistant United States Attorney Terry F. Moorer.

Respectfully submitted this the 8th day of January, 2007.

    LEURA G. CANARY
    UNITED STATES ATTORNEY

    s/A. Clark Morris
    A. CLARK MORRIS
    Assistant United States Attorney
    One Court Square, Suite 201
    Montgomery, AL 36104
    Phone: (334)223-7280
    Fax: (334)223-7135
    E-mail: clark. morris@usdoj.gov
    ASB-1613-N77A

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| TAVARES MABSON ) | CR. NO. 2:06-cr-147-WKW-SRW |
| RICARDO CAJERO, ) | |
| LOUIS HERNANDEZ-ARELLANO and ) | |
| TARAMESHA FOUNTAIN ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kevin L. Butler, Esquire; Paul R. Cooper, Esquire; Daniel G. Hamm, Esquire; and Valerie M. Smedley, Esquire.

Respectfully submitted,

s/A. Clark Morris
A. CLARK MORRIS
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: clark. morris@usdoj.gov
ASB-1613-N77A

-2-