# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>VS.<br><br>**TARAMESHA FOUNTAIN, DEFENDANT** | **CASE NUMBER<br>2:06-CR-147-WKW** |

## MOTION TO WITHDRAW

**COMES NOW** the undersigned defense counsel in the above-styled matter and moves this Honorable Court for an order allowing the withdrawal of the undersigned as counsel of record for the Defendant, by stating the following grounds:

1. Counsel was previously appointed to represent the Defendant on June 21, 2006.

2. On October 10, 2006 the Government filed a motion to dismiss the indictment against the Defendant and this Honorable Court granted said motion on October 11, 2006.

**WHEREFORE** the above premises considered the undersigned prays this Honorable Court will issue an order withdrawing his representation of the Defendant in the above-styled matter

**RESPECTFULLY SUBMITTED** this the 9th day of January, 2007.

/s/ Daniel G. Hamm
_____
DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX              334-323-5666

## CERTIFICATE OF SERVICE

    This is to certify that I have this day served a copy of this Motion to Withdraw by electronic transmission or by placing a copy in the United States Mail with sufficient postage for first class delivery to the attorneys named below or parties if not represented by counsel.

    **DONE** this the 9th day of January, 2007.

                                     **/s/ Daniel G. Hamm**

                                   DANIEL G. HAMM (HAM043)
                                 ATTORNEY FOR THE DEFENDANT
                                 560 S. MCDONOUGH ST., STE. A
                                 MONTGOMERY, ALABAMA 36104
                                 TELEPHONE   334-269-0269
                                 FAX              334-323-5666

Terry Moorer
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36101-0197