IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | CASE NO. 2:06-CR-147-WKW |
| | ) | |
| TAVARES MABSON | ) | |
| RICARDO CAJERO | ) | |
| LOUIS HERNANDEZ-ARELLANO and | ) | |
| TARAMESHA FOUNTAIN | ) | |

**ORDER**

Upon consideration of the Motion to Withdraw (Doc. # 124) filed by appointed counsel for Taramesha Fountain, it is ORDERED that the motion is GRANTED.

DONE this 11th day of January, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE